IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James A. Haney, Jr., | Case No. 1:14 CV 1495 |
| Petitioner, | ORDER ADOPTING <u>REPORT AND RECOMMENDATION</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Mark Hooks, | |
| Respondent. | |

This Court has reviewed the Magistrate Judge's January 29, 2016 Report and Recommendation ("R&R") (*see* Doc. 20). The R&R recommends this Court dismiss Petitioner James Haney's Petition for Writ of Habeas Corpus (Doc. 1).

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to an R&R within fourteen (14) days of being served with the R&R. If a party timely objects, this Court reviews *de novo* the portions of the R&R to which objections were made. If a party does not timely object, the party waives *de novo* review by the district court. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985)*; United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

Haney's deadline for filing objections has passed, and this Court has received no requests for extension. The R&R accurately states the facts and law. This Court adopts the R&R in full.

Haney's Petition (Doc. 1) is dismissed. Further, this Court certifies an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c).

IT IS SO ORDERED.

                                                           s/ *Jack Zouhary*
                                                           JACK ZOUHARY
                                                           U.S. DISTRICT JUDGE

                                                           February 19, 2016